IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 13- 125- UNA |
| | ) |
| ARTHUR ROBINSON, a.k.a. | ) |
| ARTHUR COLLIER, a.k.a. | ) |
| MICHAEL JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Charles M. Oberly, III, United

States Attorney for the District of Delaware, and Lauren M. Paxton, Assistant United States

Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an

arrest warrant against the defendant, Arthur Robinson, a.k.a. Arthur Collier, a.k.a. Michael

Johnson, pursuant to an Indictment returned against him on this date.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

BY: _____

Lauren M. Paxton
Assistant United States Attorney

Dated:   December 19, 2013

**AND** NOW, this ___15___ day of __December__, 2013, based upon the foregoing

Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of

Arthur Robinson, a.k.a. Arthur Collier, a.k.a. Michael Johnson.

_____
United States Magistrate Judge