Arthur Robinson
#07705-015
Federal Prison Camp
PO BOX 1000
Cumberland, MD 21501

September 14, 2016

United States District Court
Hon. Sue L. Robinson
844 King Street
Wilmington, DE 19801



RE: US v. Robinson, case 13-cr-125-SLR

Dear Judge Robinson,

I am writing to you to withdraw my request I sent to you dated August 1, 2016 (D.I. 69).

I am withdrawing my request as it is moot now.  I was fully able to resolve my issues with the Bureau of Prisons at my current institution.

Thank you very much for the Court's time.

Respectfully submitted,

Arthur Robinson

copies to:

Mrs. Lesley F. Wolf
Assistant United States Attorney
1007 Orange Street
Nemours Bldg, Ste 700
Wilmington, DE 19899

Arthur Robinson #07705-015
Federal Prison Camp
PO Box 1000
Cumberland, MD 21501

BALTIMORE MD 212

15 SEP 2016 PM 5 L



⇔07705-015⇔
U S District Court
844 KING Street
Unit 31
Wilmington, DE 19801
United States

19801-351931